| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Alexandra Adams | 10/23/1993 | AK | District of Alaska | No | MOA Municipality of Anchorage (AK2210906) | No | Ulcerative Colitis | 1-9 |
| 2 | David Adkins | 7/22/1990 | WV | Southern District of West Virginia | No | Fort Leonard Wood (MO3079500) | No | Kidney Cancer | 1-9 |
| 3 | Ohifemen Aikhoje | 11/22/1945 | MA | District of Massachusetts | No | Auburn Water District (MA2017000) | No | Kidney Cancer | 1-9 |
| 4 | Michael Arcuri | 9/14/1962 | PA | Eastern District of Pennsylvania | No | Aqua PA UWCHLAN (PA1150035) | No | Kidney Cancer | 1-9 |
| 5 | Mike Arroyo | 12/19/1966 | DE | District of Delaware | No | Aqua PA UWCHLAN (PA1150035) | No | Kidney Cancer | 1-9 |
| 6 | Rickey Austin | 8/31/1957 | TN | Western District of Tennessee | No | Jackson Water System (TN0000299) | No | Kidney Cancer | 1-9 |
| 7 | Sonia Barcelo | 3/15/1963 | AZ | District of Arizona | No | Liberty Water LPSCO (AZ0407046) | No | Kidney Cancer | 1-9 |
| 8 | Ricky Barnhill | 9/17/1964 | SC | District of South Carolina | No | Gsw&Sa-Marion City Of (3310001) (SC3310001) | No | Kidney Cancer | 1-9 |
| 9 | Greg Blackman | 4/27/1973 | TX | Western District of Texas | No | City Of Austin Water And Wastewater (TX2270001) | No | Kidney Cancer | 1-9 |
| 10 | John Boutte | 7/1/1961 | GA | Southern District of Georgia | No | Augusta-Richmond County WS (GA2450000) | No | Kidney Cancer | 1-9 |
| 11 | Madonna Bowen | 9/10/1954 | CA | Central District of California | No | Hesperia Water District (CA3610024) | No | Kidney Cancer | 1-9 |
| 12 | Donna Bratcher | 12/15/1971 | KY | Western District of Kentucky | No | Louisville Water Company (KY0560258) | No | Kidney Cancer | 1-9 |
| 13 | Minnie R. Bridges | 3/9/1946 | MA | District of Massachusetts | No | East Point (GA1210003) | No | Kidney Cancer | 1-9 |
| 14 | Lisa Brison | 8/27/1969 | IN | Southern District of Indiana | No | Indiana American Water - Southern Indiana (IN5210005) | No | Kidney Cancer | 1-9 |
| 15 | Joe Brooks | 7/28/1953 | TX | Eastern District of Texas | No | City of Midland Water Purification Plant (TX1650001) | No | Kidney Cancer | 1-9 |
| 16 | Jack Budyszewick | 1/11/1946 | NJ | District of New Jersey | No | City Of Miami Beach (FL4130901) | No | Kidney Cancer | 1-9 |
| 17 | Clarissa Cabrera | 12/10/1972 | TX | Western District of Texas | No | City Of Belton (TX0140002) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 18 | Bobby Callins | 10/29/1967 | CA | Central District of California | No | Azusa Light & Water (CA1910007) | No | Kidney Cancer | 1-9 |
| 19 | Gregory Campbell | 3/20/1964 | TN | Eastern District of Tennessee | No | Kingsport Water Dept (TN0000349) | No | Kidney Cancer | 1-9 |
| 20 | Donita Carmichael | 7/3/1966 | AL | Northern District of Alabama | No | Warrior River Water Authority (AL0000763) | No | Kidney Cancer | 1-9 |
| 21 | Adam Carpenter | 8/16/1976 | NC | Western District of North Carolina | No | City Of Kannapolis (NC0180065) | No | Kidney Cancer | 1-9 |
| 22 | Tyler Cassabaum | 3/2/1985 | MO | District of Arizona | No | City of Tucson (AZ0410112) | No | Kidney Cancer | 1-9 |
| 23 | Larry Cassagne | 7/31/1942 | IN | Southern District of Indiana | No | West Terre Haute (IN5284015) | No | Kidney Cancer | 1-9 |
| 24 | Daniel Cefalone | 5/4/1958 | PA | Eastern District of Pennsylvania | No | Aqua PA - Bristol (PA1090001) | No | Kidney Cancer | 1-9 |
| 25 | Julius Chapman | 1/20/1955 | FL | District of New Jersey | No | City of Camden (NJ0408001) | No | Kidney Cancer | 1-9 |
| 26 | Naweta Chapman | 8/26/1956 | GA | Northern District of Georgia | No | Clayton County Water Authority (GA0630000) | No | Ulcerative Colitis | 1-9 |
| 27 | Brent Cherry | 6/3/1973 | GA | Central District of California | No | Santa Clarita Valley W.A. - Santa Clarita (CA1910017) | No | Ulcerative Colitis | 1-9 |
| 28 | Andrew Christopher | 5/7/1971 | NJ | District of New Jersey | No | East Brunswick Township Water Utility (NJ1204001) | No | Kidney Cancer | 1-9 |
| 29 | Colleen Clark-Norris | 12/3/1957 | SC | District of South Carolina | No | GSW&SA - Myrtle Beach (SC2620009) | No | Kidney Cancer | 1-9 |
| 30 | Terry Clay | 8/13/1962 | SC | District of South Carolina | No | City of Florence (SC2110001) | No | Kidney Cancer | 1-9 |
| 31 | Emily Cobbs | 7/1/1978 | OH | Southern District of Ohio | No | Cincinnati Public Water System (OH3102612) | No | Ulcerative Colitis | 1-9 |
| 32 | Dennis Coleman | 6/19/1961 | NY | Eastern District of New York | No | Suffolk County Water Authority (NY5110526) | No | Kidney Cancer | 1-9 |
| 33 | Jessie Cooney | 10/7/1984 | PA | Eastern District of Pennsylvania | No | Aqua Pennsylvania - Main System (PA1460073) | No | Ulcerative Colitis | 1-9 |
| 34 | Susan Daley | 6/20/1964 | TX | Eastern District of Texas | No | City Of Tyler (TX2120004) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 35 | Francis Duffina | 2/4/1968 | CA | Northern District of California | No | Pennichuck Water Works (NH1621010) | No | Kidney Cancer | 1-9 |
| 36 | Triche N Dunn | 12/16/1981 | TN | Western District of Tennessee | No | Jackson Water System (TN0000299) | No | Kidney Cancer | 1-9 |
| 37 | Cara Evans | 2/23/1993 | PA | Eastern District of Pennsylvania | No | Strasburg Muni Water Auth (PA7360118) | No | Kidney Cancer | 1-9 |
| 38 | Alfred Farrugia | 9/6/1949 | NJ | Eastern District of New York | No | New York City System (NY7003493) | No | Kidney Cancer | 1-9 |
| 39 | Todd Fedor | 8/5/1969 | MT | District of Montana | Yes | Kalispell Public Works (MT0000259) | No | Kidney Cancer | 1-9 |
| 40 | Dianna Flores | 11/26/1966 | NC | Eastern District of California | No | City of Fresno (CA1010007) | No | Kidney Cancer | 1-9 |
| 41 | Jason Fohn | 1/23/1975 | TX | Western District of Texas | No | City Of Huntsville (TX2360001) | No | Kidney Cancer | 1-9 |
| 42 | Robin Fout | 3/29/1962 | OH | Southern District of Ohio | No | Hecla Water Association (OH4401612) | No | Kidney Cancer | 1-9 |
| 43 | Alberto Garcia | 12/11/1968 | ME | Southern District of Florida | No | Miami-Dade WSD (FL4130871) | No | Ulcerative Colitis | 1-9 |
| 44 | Griffin Garnett | 9/18/1959 | TX | District of Delaware | No | Artesian Water Company (DE0000552) | No | Kidney Cancer | 1-9 |
| 45 | Hassan Gebril | 11/9/1988 | NJ | District of New Jersey | No | Parsippany-Troy Hills Water Department (NJ1429001) | No | Kidney Cancer | 1-9 |
| 46 | Klara Gershman | 9/28/1953 | FL | Southern District of Florida | No | Miami-Dade WSD (FL4130871) | No | Kidney Cancer | 1-9 |
| 47 | Rick Godsey | 5/9/1962 | FL | Middle District of Florida | No | City of Tampa Water Department (FL6290327) | No | Kidney Cancer | 1-9 |
| 48 | Lisa Goldman | 6/3/1980 | PA | Eastern District of Pennsylvania | No | Philadelphia Water Department (PA1510001) | No | Ulcerative Colitis | 1-9 |
| 49 | Maria Gomez | 12/28/1945 | CA | Northern District of California | No | East Bay Municipal Utilities District (CA0110005) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 50 | Mario Gonzalez | 7/28/1970 | CA | Central District of California | No | Eastern Municipal WD (CA3310009) | No | Kidney Cancer | 1-9 |
| 51 | Walter J Hacker III | 6/19/1960 | TN | Middle District of Tennessee | Yes | Savannah Utility Department (TN0000611) | No | Kidney Cancer | 1-9 |
| 52 | Woodrow Hall III | 2/1/1972 | SC | District of South Carolina | No | City Of Darlington (SC1610001) | No | Kidney Cancer | 1-9 |
| 53 | Michael Hanifin | 3/7/1962 | CA | Southern District of California | No | City Of San Diego (CA3710020) | No | Kidney Cancer | 1-9 |
| 54 | Susan Hanna | 5/10/1954 | FL | Middle District of Florida | No | City of Raleigh (NC0392010) | No | Ulcerative Colitis | 1-9 |
| 55 | Lisa Hayden | 10/9/1965 | NC | Middle District of North Carolina | No | Brunswick County Water System (NC0410045) | No | Kidney Cancer | 1-9 |
| 56 | Kirk Hays | 9/23/1953 | CA | Eastern District of California | No | City Of Redding (CA4510005) | No | Kidney Cancer | 1-9 |
| 57 | John Hayton | 12/8/1976 | WV | Southern District of West Virginia | No | Parkersburg Utility Board (WV3305407) | No | Kidney Cancer | 1-9 |
| 58 | Heather Hennessy | 9/21/1982 | TX | Southern District of Texas | No | City Of Webster (TX1010226) | No | Ulcerative Colitis | 1-9 |
| 59 | Sandi Hirth | 8/21/1967 | CA | Eastern District of California | No | City Of Sacramento (CA3410020) | No | Kidney Cancer | 1-9 |
| 60 | Melvin Scott Horton | 4/4/1967 | TX | Northern District of Texas | No | City Of Grand Prairie (TX0570048) | No | Kidney Cancer | 1-9 |
| 61 | Thomas Hunsinger | 1/14/1966 | NC | Eastern District of North Carolina | No | Rockingham, City Of (NC0377015) | No | Kidney Cancer | 1-9 |
| 62 | Nabil Jaghab | 11/20/1956 | NY | Eastern District of New York | No | Town Of Hempstead Water Department (NY2900000) | No | Kidney Cancer | 1-9 |
| 63 | Kent Jaussaud | 1/17/1960 | CA | Eastern District of California | No | East Bay Municipal Utilities District (CA0110005) | No | Kidney Cancer | 1-9 |
| 64 | Dixie Johnson | 6/8/1945 | SC | District of South Carolina | No | City Of Coconut Creek (FL4061584) | No | Kidney Cancer | 1-9 |
| 65 | Harold Johnson | 12/14/1950 | FL | Middle District of Florida | No | MDWASA South Dade System (FL4131202) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 66 | Christopher Jones | 4/6/1977 | OH | Southern District of Ohio | No | Del-Co Water Company, Inc. (OH2101412) | No | Kidney Cancer | 1-9 |
| 67 | Cregg Jones | 6/9/1949 | NC | Eastern District of North Carolina | No | Fayetteville Public Works Commission (NC0326010) | No | Kidney Cancer | 1-9 |
| 68 | Kim Jordan | 5/26/1958 | OH | Southern District of Ohio | No | City Of St. Clairsville PWS (OH0701516) | No | Kidney Cancer | 1-9 |
| 69 | James Kelson | 8/8/1963 | TN | Eastern District of Tennessee | No | City Of Grand Prairie (TX0570048) | No | Kidney Cancer | 1-9 |
| 70 | Mary L Kennedy | 1/14/1952 | AZ | District of Arizona | No | Ironton PWS (OH4400711) | No | Kidney Cancer | 1-9 |
| 71 | Wallace Kenton | 2/15/1961 | UT | District of Utah | No | City of Thornton (CO0101150) | No | Kidney Cancer | 1-9 |
| 72 | Dana King | 2/15/1963 | GA | Northern District of Georgia | No | Tennessee American Water - Chattanooga (TN0000107) | No | Kidney Cancer | 1-9 |
| 73 | Jeffrey Krantz | 4/13/1978 | NJ | District of New Jersey | No | NJ American Water - Short Hills (NJ0712001) | No | Kidney Cancer | 1-9 |
| 74 | Deshanna Kropf | 5/31/1978 | OR | District of Oregon | No | LCA Allentown Division (PA3390024) | No | Ulcerative Colitis | 1-9 |
| 75 | Courtney Leonard | 9/15/1976 | NJ | District of New Jersey | No | New Jersey American Water - Raritan (NJ2004002) | No | Kidney Cancer | 1-9 |
| 76 | Carolyn Lester | 7/11/1962 | VA | Western District of Virginia | No | JBLM Lewis (WA5326050) | No | Kidney Cancer | 1-9 |
| 77 | John Lopez | 5/5/1965 | CA | Central District of California | No | San Gabriel Valley Water Co. - El Monte (CA1910039) | No | Kidney Cancer | 1-9 |
| 78 | Mary G Lovato | 11/19/1979 | AZ | District of Arizona | No | City of Tucson (AZ0410112) | No | Kidney Cancer | 1-9 |
| 79 | Nicholas Lumia | 8/25/1955 | FL | Middle District of Florida | No | City Of Hialeah (FL4130604) | No | Kidney Cancer | 1-9 |
| 80 | Michael Manna | 2/28/1968 | CT | District of Connecticut | No | Aquarion Water Co of CT - New Milford (CT0960011) | No | Kidney Cancer | 1-9 |
| 81 | Steven Marks | 8/22/1969 | FL | Middle District of Florida | No | Hernando County Utilities - West (FL6277059) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 82 | Floyd Martin | 10/9/1951 | GA | Middle District of Georgia | No | Centerville, GA (GA1530000) | No | Kidney Cancer | 1-9 |
| 83 | Pedro Mateo | 1/19/1971 | FL | Southern District of Florida | No | Fort Pierce Utilities Authority (FL4560490) | No | Kidney Cancer | 1-9 |
| 84 | Brad Mauro | 10/2/1975 | DE | District of Delaware | No | Aqua Pennsylvania - Main System (PA1460073) | No | Kidney Cancer | 1-9 |
| 85 | Lee Maxwell II | 5/8/1979 | AL | Middle District of Alabama | No | Prattville Water Works (AL0000017) | No | Kidney Cancer | 1-9 |
| 86 | Jeffery May | 7/21/1963 | LA | Eastern District of Louisiana | No | New Orleans Algiers Water Works (LA1071001) | No | Kidney Cancer | 1-9 |
| 87 | Mickie McGregor | 8/24/1956 | TX | Northern District of Texas | No | Dallas Water Utility (TX0570004) | No | Kidney Cancer | 1-9 |
| 88 | Corinne McMahon | 11/2/1961 | AZ | Central District of California | No | City of Riverside (CA3310031) | No | Kidney Cancer | 1-9 |
| 89 | Robin Meckier | 7/14/1960 | CA | Northern District of California | No | City Of Sacramento (CA3410020) | No | Kidney Cancer | 1-9 |
| 90 | James Metzinger | 10/29/1956 | PA | Eastern District of Pennsylvania | No | Philadelphia Water Department (PA1510001) | No | Kidney Cancer | 1-9 |
| 91 | Bradley K. Middleton | 7/20/1966 | IN | Southern District of Indiana | No | Indiana American Water- Terre Haute (IN5284012) | No | Kidney Cancer | 1-9 |
| 92 | James Lee Mobley | 7/22/1944 | KY | Western District of Kentucky | No | Paducah Water Works (KY0730533) | No | Kidney Cancer | 1-9 |
| 93 | William Morales | 10/6/1958 | NC | Eastern District of North Carolina | No | Fayetteville Public Works Commission (NC0326010) | No | Kidney Cancer | 1-9 |
| 94 | Leigh Muoio | 6/15/1969 | NJ | District of New Jersey | No | Veolia Water New Jersey Hackensack (NJ0238001) | No | Kidney Cancer | 1-9 |
| 95 | Denise Nopper | 5/30/1969 | FL | Middle District of Florida | No | Lake Utility Services Inc. - North (FL3354883) | No | Kidney Cancer | 1-9 |
| 96 | Brady Oberholtzer | 9/22/1973 | IN | Southern District of Indiana | No | Ramsey Water Company, Inc. (IN5231005) | No | Kidney Cancer | 1-9 |
| 97 | Alice Olivas | 4/5/1966 | CA | Eastern District of California | No | California Water Service - Visalia (CA5410016) | No | Kidney Cancer | 1-9 |
| 98 | Donald Osborne | 12/4/1946 | KY | Central District of California | No | Irvine Ranch Water District (CA3010092) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 99 | Kerem Ozen | 12/28/1979 | TX | Western District of Texas | No | Travis County Wcid 17 (TX2270027) | No | Kidney Cancer | 1-9 |
| 100 | Kenneth Peters-Cook | 9/1/1965 | TX | Western District of Texas | No | City Of Austin Water And Wastewater (TX2270001) | No | Kidney Cancer | 1-9 |
| 101 | Glenn Pohida | 2/24/1964 | NJ | District of New Jersey | No | Middlesex Water Company (NJ1225001) | No | Kidney Cancer | 1-9 |
| 102 | April Polito | 3/30/1974 | PA | Middle District of Pennsylvania | No | New Jersey American Water - Raritan (NJ2004002) | No | Kidney Cancer | 1-9 |
| 103 | Terrell Price | 6/7/1989 | AL | Northern District of Alabama | No | City Of Florence (AL0000783) | No | Kidney Cancer | 1-9 |
| 104 | Steven Nathaniel Purvis | 9/23/1969 | SC | District of South Carolina | No | Town Of Cary (NC0392020) | No | Kidney Cancer | 1-9 |
| 105 | Arturo Ramirez | 1/21/1969 | NJ | District of New Jersey | No | Veolia Water New Jersey Hackensack (NJ0238001) | No | Kidney Cancer | 1-9 |
| 106 | Bart Richards | 9/1/1961 | PA | Eastern District of Pennsylvania | No | Warminster Municipal Authority (PA1090069) | No | Kidney Cancer | 1-9 |
| 107 | Joseph Riehs | 11/16/1959 | PA | Eastern District of Pennsylvania | No | Philadelphia Water Department (PA1510001) | No | Kidney Cancer | 1-9 |
| 108 | Angela Rivera | 3/26/1970 | TX | Northern District of Texas | No | City of Fort Worth (TX2200012) | No | Ulcerative Colitis | 1-9 |
| 109 | Julie Robinson | 10/9/1972 | OH | Southern District of Ohio | No | Clermont Public Water System (OH1302212) | No | Kidney Cancer | 1-9 |
| 110 | Timmy Robinson | 6/28/1960 | OR | District of Oregon | No | Fairfax County Water (VA6059501) | No | Kidney Cancer | 1-9 |
| 111 | Victor Rocha | 12/2/1960 | CA | Southern District of California | No | City of Clovis (CA1010003) | No | Kidney Cancer | 1-9 |
| 112 | Alfred Russo | 11/29/1964 | NJ | District of New Jersey | No | NJ American Water - Coastal North (NJ1345001) | No | Kidney Cancer | 1-9 |
| 113 | Cinda Ruston | 9/30/1961 | GA | Northern District of Georgia | No | Dalton Utilities (GA3130000) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 114 | Douglas Schueller | 4/11/1956 | IA | Southern District of Iowa | No | Camanche Water Supply (IA2322066) | No | Kidney Cancer | 1-9 |
| 115 | Robert Shadburn | 6/28/1976 | TX | Western District of Texas | No | City Of Belton (TX0140002) | No | Kidney Cancer | 1-9 |
| 116 | Jon Sherron | 8/19/1966 | IN | Southern District of Indiana | No | Sellersburg Water Department (IN5210010) | No | Kidney Cancer | 1-9 |
| 117 | Everett Smith | 11/23/1952 | FL | Middle District of Florida | No | City of Zephyrhills (FL6512020) | No | Kidney Cancer | 1-9 |
| 118 | Seth Starr | 4/7/1976 | CA | Central District of California | No | City of Riverside (CA3310031) | No | Kidney Cancer | 1-9 |
| 119 | Ron Stearns | 6/24/1972 | CA | Southern District of California | No | City Of Avondale (AZ0407088) | No | Kidney Cancer | 1-9 |
| 120 | Sharon Strickland | 7/28/1973 | NC | Eastern District of North Carolina | No | Robeson County Water System (NC0378055) | No | Kidney Cancer | 1-9 |
| 121 | Val Sudakin | 10/8/1963 | PA | Eastern District of Pennsylvania | No | Aqua Pennsylvania - Main System (PA1460073) | No | Kidney Cancer | 1-9 |
| 122 | Adrian Taylor | 8/9/1978 | SC | District of South Carolina | No | City of Florence (SC2110001) | No | Kidney Cancer | 1-9 |
| 123 | Beth Thornburg | 2/27/1955 | OH | Southern District of Ohio | No | Akron City Public Water Service (OH7700011) | No | Kidney Cancer | 1-9 |
| 124 | Blake Tidwell | 4/4/1966 | AL | Northern District of Alabama | No | Irondale Water System (AL0000751) | No | Kidney Cancer | 1-9 |
| 125 | Roger Tindal | 10/16/1963 | SC | District of South Carolina | No | City Of North Augusta (SC0210003) | No | Kidney Cancer | 1-9 |
| 126 | Laurie Tingley | 12/17/1964 | OH | Eastern District of Pennsylvania | No | Aqua Pennsylvania - Main System (PA1460073) | No | Kidney Cancer | 1-9 |
| 127 | Gilbert Trevino | 12/25/1958 | NM | District of New Mexico | No | El Paso Water Utilities Public Service (TX0710002) | No | Kidney Cancer | 1-9 |
| 128 | Tammy Turner | 10/15/1964 | SC | District of South Carolina | No | Laurens County W&S Comm (SC3020001) | No | Kidney Cancer | 1-9 |
| 129 | Angelo Ubertaccio | 2/18/1948 | FL | District of New Jersey | No | Maple Shade Water Department (NJ0319001) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 130 | Derek Weir | 1/27/1997 | NC | Western District of North Carolina | No | Charlotte Water (NC0160010) | No | Kidney Cancer | 1-9 |
| 131 | Sheila Whaley | 6/17/1961 | TN | Eastern District of Tennessee | No | Jonesborough Water Dept (TN0000338) | No | Kidney Cancer | 1-9 |
| 132 | Kevin White | 10/10/1968 | MA | District of Connecticut | No | Hazardville Water Company (CT0490021) | No | Kidney Cancer | 1-9 |
| 133 | Banks Williams | 6/28/1992 | NC | District of Arizona | No | City of Tucson (AZ0410112) | No | Kidney Cancer | 1-9 |
| 134 | Gregory Williams | 10/13/1970 | AL | Middle District of Alabama | No | Prattville Water Works (AL0000017) | No | Kidney Cancer | 1-9 |
| 135 | Wanda Williams | 10/6/1963 | TX | Western District of Texas | No | Moffat Wsc (TX0140028) | No | Kidney Cancer | 1-9 |
| 136 | Andreas Witt | 9/28/1958 | CA | Eastern District of California | No | Cincinnati Public Water System (OH3102612) | No | Kidney Cancer | 1-9 |
| 137 | Robert Yarbrough | 7/7/1944 | TX | Northern District of Texas | No | City of Fort Worth (TX2200012) | No | Kidney Cancer | 1-9 |
| 138 | Manyin Yee | 3/15/1957 | TX | Eastern District of New York | No | Suffolk County Water Authority (NY5110526) | No | Kidney Cancer | 1-9 |
| 139 | Laura Young Campbell | 5/21/1961 | AK | District of Alaska | No | MOA Municipality of Anchorage (AK2210906) | No | Kidney Cancer | 1-9 |